


**FILED**
JAN 10 2018
BY DAVID CREWS CLERK
Deputy

ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Tyrowone Louis Kimble
**Plaintiff**

v.

Coffeeville Police Dept. et. al
**Defendant**

CASE NO. 3:18CV38-BB-RP

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Tyrowone Louis Kimble

   B. Name under which sentenced: Tyrowone Louis Kimble

   C. Inmate identification number: 0050689

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): Yalobusha County Detention Center 11803 HWY 32 East Water Valley, MS 38965

   E. Place of confinement: Yalobusha County Detention Center

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Mark Martin

   Title (Superintendent, Sheriff, etc.): Cheif of Police

   Defendant's mailing address (street or post office box number, city, state, ZIP): Coffeeville Police Department Coffeeville, MS 38922

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 2

Name: Gage Vance
Title (Superintendent, Sheriff, etc.): Police Officer CPD3
Defendant's mailing address (street or post office, box number, city, state, ZIP): Coffeeville Police Department, Coffeeville, MS 38922

Name: James Payne Jr.
Title (Superintendent, Sheriff, etc.): Police Officer/Sheriff Deputy
Defendant's mailing address (street or post office box number, city, state, ZIP): Coffeeville Police Dept/Yalobusha Sheriff Office, Coffeeville, MS 38922

Name: Larry Tritt
Title (Superintendent, Sheriff, etc.): Police Officer
Defendant's mailing address (street or post office box number, city, state, ZIP): Coffeeville Police Department, Coffeeville, MS 38922

(If additional Defendants are named, provide on separate sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☐ Yes ☒ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   B. Court: _____    C. Docket No.: _____

   D. Judge's Name: _____    E. Date suit filed: _____

   F. Date decided: _____    G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☐ Yes ☒ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below). ☐ Yes ☒ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented? ☐ Yes ☒ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed? ☐ Yes ☒ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

N/A

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

N/A


(Back)

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 4

> Special Note: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

   I wasn't incarcerated when this happened.

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

   On or about September 1, 2017 I was at a residence, that I rent on 69 Longview Drive Coffeeville MS 38922. I was required to do weekend time Friday at 6 p.m. to Sunday to 6 p.m. As I'm the owner of a trucking company TLK Transport. I had permission via my lawyer from the judge to be in late. The police department who I have had problems with for violating my civil rights as seen in my first lawsuit. [redacted] Concocted a story I was lying about my whereabouts. So they came to my house with a bench warrant! Gage Vance and James Payne JR. I seen them on my cameras sneaking around my house I answered the door. They stated they had a bench warrant from Judge Tommy Defer with no paper warrant at all. I tried to explain the whole situation and grabbed my clothes besides me in my living room because that was the door was opened. So they looked around and we left out the door and I locked it. So then Gage Vance lied and states he smelled marijuana and wanted to go back in my house to search. He never said if it was smoked marijuana or raw marijuana which exposes him lying. I refused the search. But Gage Vance under the color of law with me being handcuffed after I locked my door threatened

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)  PAGE 5

me, coercing, duress, and intimidation made me go to my back door and kick it in so he could search. Being that I was handcuffed and having 2 police officers by me one telling me what he would do to me. He tried to say he won't tell I would run also that he would shoot me in the back handcuffed.

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I am seeking injunctive relief from retaliation and restraining order against said defendants as plaintiff fears for his life from Mark Martin, Gage Vance, Larry Truitt, and James Payne Jr. and each defendant is being sued for $1,000,000.00 one million dollars compensatory and $1,000,000.00 one million dollars punitive damages for illegal search and seizure, unreasonable seizure, mental anguish, emotional distress, duress, intimidation. Mark Martin also sued for failure to supervise defendants. Gage Vance is also sued for coercing, falsifying evidence, and threat to do bodily harm for $500,000.00 five hundred thousand dollars compensatory and $500,000.00 five hundred thousand dollars punitive, plus $500.00 dollars or replacement costs of replacement key for 2008 Mercedes Benz CLK 350 plus any occurred damage of car for illegally taking keys because roof is still up. Each defendant is sued in individual and official capacities plus also replacement costs of 55 inch t.v. smart $1200.00, one gold watch $2500.00, one black watch $1000.00, one radio $300, 2 Rokus $200 and 2 phones $200.00 and 2 pair of athletic shoes $300.00 for false protective custody of house which is unreasonable seizure.

Privacy rights violation

This Complaint was executed at (location): Yalobusha County Detention Center

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: September 21, 2017

Plaintiff's Signature

## Question 9 Continued (1)

He already had harrassed me on two seperate occassions. One time at Rascal Store (by Coffeeville High School) and another time at my house when he tried to pull in my driveway because my car door was open. He didnt get to pull in and I talked with him August 2017 as he was in the same vehicle with the dash camera that was used in August 27, 2016 On or about 3:17 CV 201-RP. He tried to act like afterwards like I had another way in my house. The reason I went to back door was because my front door faces the road and would be easy seen it was broken. My back door couldnt be seen from road, so I had to make a choice. By being violated by police officer of this same department and cheif and having false charges put on me, being racially discriminated against and having me and my kids life been put in danger in 3:17CV 201-RP I complied unwillingly. My family and landlord knows there is no way in my house but by keys. Vance lied later trying to make it like I could get in another way. If that was the case why wasnt a search warrant requested? Mark Martin being cheif of Police has supervision and control of all police officers employed by city as verified by 3:17CV 201-RP and Miss Code Ann. §21-21-1. Gage Vance was hired but already had the propensity for illegal conduct even before he was hired. Vance was fired from the Metro Narcotics of Oxford, MS for soliciting an informant and tampering with evidence. Martin still hired him anyway. Also said police has common policies and practices to hire police officers to violate rights and racially discriminate against the citizens of Coffeeville, MS 38922 as seen in previous lawsuit. So the

[margin note: Chelsea King of Oxford, MS]

# Question 9 Continued

door broke that goes into my utility room. I went back into living room trying to get my neighbors attention so I went outside trying to scream so my neighbors would spectate and witness what had happened. They followed me outside and Gage Vance grabbed my throat saying I was chewing on drugs but I was handcuffed already. He lied. So they searched my whole house having me in one room handcuffed while they searched without a search warrant or consent because I did not consent. Vance claims he found drugs after being in other rooms, opening up dressers, kicking boxes, and closing cabinets but I never seen them. This was at around 9:00 o'clock. So on the way out Gage Vance under the color of law picked up my phones in living room which were a white large Samsung phone and a large black Samsung phone and my keys to my car which had my house keys on them. I specifically told Vance to leave them alone but he took them anyway without a warrant (A 2008 Mercedes Benz CLK 350 key and house keys). No search warrant wasn't issued till 11:35 p.m. and lasted till 11:50 p.m. So I was transported to the jail in Water Valley, M.S. I was booked (see attached jail intake sheet) at 9:15 p.m. My keys were not brought in so I had the jailer on duty Jeremy Beckley call the officers Gage Vance and James Payne Jr. The officers stated they found them on the back seat and would give them back and they would bring them back to jail to be put in my property. So I called my sister Glenda Kimble to get my keys as the officers said they would bring them back. They lied. They didn't. (See attached report from jailer Jeremy Beckley.) My sister drove all

*[margin note:]* That's how my car was searched because it was locked before it was searched. He already admitted to knowing them before the warrant was issued

Question 9 continued ③

the way to the jail in Water Valley from Coffeeville for not using. The keys and my phones 1 white Samsung phone and 1 black Samsung phone were never on the back seat but in possession of the officers without a search warrant. The warrant itself comes into if it's legal or not. It was signed by the officer Gage Vance and the signature was not of James Payne Jr. (See attached warrant) and it. So like warrant said it was issued on Sept. 1, 2017 at 11:38 p.m. So on September 1 and 2nd 2017 police did not let anyone enter the house stating my family would have to be accompied by CPD. No crime scene or tape was never put on or around the house. So on September 3, 2017 under the color of law Officer Larry Tritt went with my dad James Kimble to the residence to feed my dog not letting him enter the residence or anything but the said warrant was already over with. Which is an illegal "protective custody" and illegal seizure of said residence. CPD specifically stated to my family when they could enter the house and they never did trying to be disrespectful to my family. So on September 11, 2017 I came to court from jail for a preliminary hearing. I asked over and over again for my keys. The police stated they was in my house. But how could they be back in there when they were illegally seized from my house before warrant thus showing that they were illegally seized. My lawyer Robert Schulte called to my sister who was at court and went to the residence to see and Gage Vance lied and said they were by my refrigerator as witnessed by Ken Bland, lawyer, and Larry Tritt. That's also when Larry Tritt admitted to going

Around 10:30-11:00 back
My sister was not allowed to enter the house or jail or to be around the house. Gage Vance parks at an empty residence in the neighborhood. Longview
Nor did he say he had my keys.

# Question 9 Continued (4)

with my dad to my house because he had to by way of police officer of CPD. Till this day I have not gotten my keys back from them. So when my sister was there my son came down and noticed things were missing. A 50 inch t.v., one gold watch, one black watch, one radio for car brand new, 3 rokus, and 2 pairs of shoes. Being that I have 4 witnesses unnamed at time seen Vance carry out the items. I thought they was faker because of search warrant but they was never listed. There was a place that the witnesses observed that could not be seen by the CPD. Wether it was all took by CPD they still are liable because they would not let anybody in house. Which is suspicious because it like they were hiding things and who else will take a police report of stolen items. CPD thats who. Plus my son went to station the same day and Vance made the comment he wasn't suppose to tell my son but my landlord was at the house. So? He doesn't have any keys what so ever to my house because when I moved in I changed the locks because he bought them. Trying to shift blame of himself to my landlord.

L.D.C.
1803 Hwy 32 East
Water Valley, MS 38965

RECEIVED
JAN 10 2018
UNITED STATES DISTRICT CO
RN DISTRICT OF M

United States District Court
Northern District of Mississippi
Office of the Clerk
301 W. Commerce St., #13
Aberdeen, MS 39730

39730-599999