IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FILED
NOV 5 2018
DAVID CREWS, CLERK
BY _____ Deputy

TYROWONE LOUIS KIMBLE                                                    PLAINTIFFS

v.                                                              NO.   3:18cv38-NBB-RP

COFFEEVILLE POLICE DEPT., ET AL.                                         DEFENDANTS

### ACKNOWLEDGMENT OF RECEIPT

TO THE CLERK OF THE COURT:

I am the plaintiff in the above entitled action, and I hereby acknowledge that I am in receipt of the court's **DEFAULT** order dated October 25, 2018.

THIS the __29th__ day of __October__, 2018.

_____
PLAINTIFF

Please return this Acknowledgment Form to:

Clerk, U.S. District Court
Pro Se Law Clerk
203 Gilmore Dr.
Amory, MS   38821