IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TYROWONE LOUIS KIMBLE                                         PLAINTIFF

V.                                                       CIVIL ACTION NO.: 3:18CV38-NBB-RP

COFFEEVILLE POLICE DEPT., *et al.*                                   DEFENDANTS

ORDER GRANTING MOTION TO STRIKE
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On August 15, 2019, Defendant Gage Vance filed a motion to strike Plaintiff's Motion for Partial Summary Judgment (ECF Doc. 113). ECF Doc. 115. Plaintiff's motion was filed August 9, 2019 and was dated July 26, 2019. ECF Doc. 113. The Court originally set the deadline for dispositive motions in this case for April 22, 2019. ECF Doc. 61. Following several continuances, the court extended the motions deadline to June 28, 2019. ECF Doc. 97. Plaintiff's motion for partial summary judgment, ECF Doc. 113, was filed well past the June 28, 2019, deadline. Accordingly, the court finds that Defendant's motion to strike [115] is **GRANTED** and Plaintiff's untimely motion [113] is hereby **STRICKEN**.

     **SO ORDERED AND ADJUDGED** this, the 3rd day of September, 2019.

                                                            **/s/** Neal Biggers
                                                            **NEAL B. BIGGERS, JR.**
                                                            **UNITED STATES DISTRICT JUDGE**