# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**TYROWONE LOUIS KIMBLE**                                           **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO.: 3:18CV38-NBB-RP**

**COFFEEVILLE POLICE DEPT.,** *et al.*                            **DEFENDANTS**

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that Defendant Gage Vance's Motion for Summary Judgment and for Qualified Immunity is **GRANTED**. This case is hereby dismissed with prejudice and closed.

This, the 9th day of October, 2019.

                                                           /s/ Neal Biggers
                                                           **NEAL B. BIGGERS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**